# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY RUBEN ALDO BARBIERI,

            Plaintiff,           Case No. 2:12-cv-00429-MMD-CWH

vs.                                       **ORDER**

WYNN/LAS VEGAS,

            Defendant.

       This matter is before the Court on Plaintiff's Motion To Electronically Receive Emails (#4), filed on June 7, 2012.

       Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file and receive notices electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use the electronic filing system (CM/ECF). Plaintiff Barbieri requests that the court allow him to receive notices in this case by e-mail. Plaintiff may only receive electronic notices by obtaining an account with CM/ECF.

       Having reviewed and considered the matter, and good cause appearing,

       **IT IS HEREBY ORDERED** that Plaintiff's Motion To Electronically Receive Emails (#4) is **granted**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

       a.    On or before **July 9, 2012**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website,

1       www.nvd.uscourts.gov.

2   b.   Plaintiff is not authorized to file or receive notices electronically until said certification is filed with the Court within the time frame specified.

4   c.   Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

This the 11th day of June, 2012.

_____
**C.W. Hoffman, JR.**
**United States Magistrate Judge**