# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY RUBEN ALDO BARBIERI, | |
| Plaintiff, | Case No. 2:12-cv-00429-MMD-CWH |
| vs. | **ORDER** |
| WYNN/LAS VEGAS, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion To Electronically Receive Emails (#4), filed on June 7, 2012.

Pursuant to the United States District Court of the District of Nevada's Special Order #109, the ability to file and receive notices electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use the electronic filing system (CM/ECF). Plaintiff Barbieri requests that the court allow him to receive notices in this case by e-mail. Plaintiff may only receive electronic notices by obtaining an account with CM/ECF.

Having reviewed and considered the matter, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion To Electronically Receive Emails (#4) is **granted**. Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

    a.    On or before **July 9, 2012**, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website,

www.nvd.uscourts.gov.

b. Plaintiff is not authorized to file or receive notices electronically until said certification is filed with the Court within the time frame specified.

c. Upon timely filing of the certification, Plaintiff shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

This the 11th day of June, 2012.

_____
**C.W. Hoffman, JR.
United States Magistrate Judge**