# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY RUBEN ALDO BARBIERI,   )
                               )
                   Plaintiff,  )   Case No. 2:12-cv-00429-MMD-CWH
                               )
vs.                            )   **ORDER**
                               )
WYNN/LAS VEGAS,                )
                               )
                   Defendant.  )
_____)

This matter is before the Court on Plaintiff's Motion To Extend Time to File Amended Complaint (#9), filed on November 16, 2012.  It is also before the Court on Plaintiff's Motion to Extend Time to File Certificate of Interested Parties (#10), filed on November 16, 2012.  Having reviewed and considered the matter, the Court agrees to grant Plaintiff an extension of thirty days to file an Amended Complaint and Certificate of Interested Parties.  The Court finds that no other relief is warranted at this time.  Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion To Extend Time to File Amended Complaint (#9) is **granted to the extent that Plaintiff will have thirty days to file an Amended Complaint**.  The Amended Complaint is due by close of business on December 19, 2012.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Time to File Certificate of Interested Parties (#10) **granted to the extent that Plaintiff will have thirty days to file a Certificate of Interested Parties**.  The Certificate of Interested Parties is due by close of business on December 19, 2012.

DATED this 19th day of November, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**